# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

CRIMINAL PRODUCTIONS, INC.

                                    Plaintiff,

v.                                                              Case No.: 1:16−cv−05513
                                                              Honorable James B. Zagel

DOES 1–11, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 16, 2016:

      MINUTE entry before the Honorable James B. Zagel: Pursuant to Plaintiff's Notices of Voluntary Dismissal [15], [16] and [17], this matter is dismissed without prejudice in its entirety with respect to all remaining Defendants. Each party shall bear its own attorney's fees and costs. Hearing set for 11/17/16 is stricken and no appearance is necessary. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.